

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00800-CR

Samantha Ann Marie **VARGAS**,
Appellant

v.

The State of **TEXAS**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2021-07-14275-CR
Honorable Kelley Kimble, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: April 8, 2026

DISMISSED

Appellant attempts to appeal from an order signed on December 8, 2025, altering her terms of community supervision, to include serving "a thirty day (30) jail sanction with credit for time served of 30 days." On February 24, 2026, we ordered Appellant to show cause why this appeal should not be dismissed for want of jurisdiction.

Appellant's response does not show grounds for continuing the appeal. This court does not have jurisdiction to consider an appeal from an order altering or modifying community supervision

conditions. *Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."); *Ralston v. State*, No. 03-20-00278-CR, 2020 WL 4462316 (Tex. App.—Austin July 17, 2020, no pet.).

Therefore, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH